CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Thomas.Green@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 13 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 4:25-mj-70987 MAG |
|     Plaintiff, | ) NOTICE OF PROCEEDINGS ON OUT-OF-<br>) DISTRICT CRIMINAL CHARGES PURSUANT TO |
|     v. | ) RULES 5(c)(2) AND (3) OF THE FEDERAL<br>) RULES OF CRIMINAL PROCEDURE |
| YURAMY PONCE-GARCIA, | ) |
|     Defendant. | ) |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

that on or about August 12, 2025, the above-named defendant was arrested pursuant to an arrest warrant

(copy attached) issued upon an

□    Indictment

□    Information

□    Criminal Complaint

X    Other (describe) <u>Petition for Warrant for Defendant on Pretrial Release</u>

pending in the Southern District of California, Case Number 19-mj-23823-JLB-l.

In that case (copy of the arrest warrant is attached), the defendant is charged with violating the

terms of her pre-trial release in connection with absconding from supervision on or about October 15,

2019. Title 18 United States Code, Sections 3148 governs the sanctions that can be imposed for violating the terms of pre-trial release, which include the following maximum penalties:

18 U.S.C. Section 3148
- Revocation of release
- Order of detention
- Prosecution for contempt of court

If defendant is prosecuted for contempt of court pursuant to Title 18 United States Code, Section 401, defendant would face the following maximum penalties:

18 U.S.C. Section 401
- Six (6) months imprisonment; or
- $1,000 fine

If defendant is prosecuted for failure to appear pursuant to Title 18 United States Code, Section 1346, defendant would face the following maximum penalties in addition to any penalties under Title 8 Section 1325:

18 U.S.C. Section 1346
- One (1) year consecutive imprisonment, or two (2) years consecutive imprisonment if defendant has a prior conviction under 8 U.S.C. Section 1325.

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: August 13, 2025                           /s/ Thomas R. Green
                                        THOMAS R. GREEN
                                        Assistant United States Attorney

10975374

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**V.**

Yuramy Ponce-Garcia (1)

**WARRANT FOR ARREST**

Case Number:     19-mj-23823-JLB-1

80134-298

## NOT FOR PUBLIC VIEW

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Yuramy Ponce-Garcia (1)
                                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of Court     ☐ Violation Notice     ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with  (brief description of offense):

RECEIVED
U.S. MARSHAL'S/CA
2019 OCT 16  PM 4:34

In violation of Title _____ See Above _____     United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ J. Olsen
Signature of Deputy

10/16/2019, San Diego, CA
Date and Location

Bail fixed at $ _____ NO BAIL _____     by _____ The Honorable Jill L. Burkhardt _____
                                                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

PS 8D
(05/08)

October 16, 2019

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA
### Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Yuramy Ponce-Garcia       **Dkt No.:** 3:19MJ23823-JLB-001

**Reg. No.:** 89134-298

**Name of Judicial Officer:** The Honorable Jill L. Burkhardt, U.S. Magistrate Judge

**Date Conditions Ordered:** September 13, 2019, by the Honorable Richard L. Puglisi, U.S. Magistrate Judge

**Conditions of Release:** *Mandatory Conditions*: must not violate federal, state, or local law during the period of release; cooperate in the collection of a DNA sample; *Standard Conditions:* appear in court as ordered and surrender as directed to serve a sentence; not possess a firearm, destructive device, or other dangerous weapon; must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription; must not use or possess marijuana under any circumstances; report to the U.S. Pretrial Services Office on the day of the initial court appearance or within 24 hours of release from custody, which ever is later; throughout this case, must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; must read the Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language, the defendant acknowledge an understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form; Restrict travel to San Diego County, and do not enter Mexico; The defendant must reside with the surety, who must agree to be responsible for the defendant's transportation to/from court.

**Modification**: None

**Charged Offense:** Title 8 U.S.C. Sec. 1325(a)(1) - Illegal Entry

**Date Released on Bond:** September 18, 2019

**Next Court Hearing:** October 17, 2019, at 9:00 a.m. for a Motion Hearing/Trial Setting before your Honor

**Asst. U.S. Atty.:** Andrew Richard Haden      **Defense Counsel:** Janice M. Deaton (appointed)
(619) 546-6961                                   (619) 241-2109

**Prior Violation History:** None

PS 8D
(05/08)

**Name of Defendant:** Yuramy Ponce-Garcia

**Docket No.:**3:19MJ23823-JLB-001

October 16, 2019

Page 2

## PETITIONING THE COURT

## TO ISSUE A NO BAIL BENCH WARRANT

The Pretrial Services Officer believes that the defendant has violated the following conditions of pretrial release:

### CONDITION(S)

### ALLEGATION(S) OF NONCOMPLIANCE

**(Standard Condition)**

The defendant must reside with the surety, who must agree to be responsible for the defendant's transportation to/from court.

1. The defendant left the house of her surety on October 15, 2019, and has not returned to reside with the surety.

### *Grounds for Revocation:*

On September 13, 2019, the defendant's conditions of release were set by the Honorable Richard L. Puglisi. The undersigned has reviewed these conditions and my review reveals Judge Puglisi ordered the defendant to reside with the surety, who must agree to be to be responsible for the defendant's transportation to/from court.

On October 15, 2019, the defendant's surety, Martin Burruel, contacted the undersigned and indicated the defendant left his home that morning to go to her sister-in-law's house at ▊▊▊▊▊ San Diego, California 92117 and, as of October 16, 2019, has not returned to his residence or contacted him to provide her location. Mr. Burruel stated he has had no further contact with the defendant. All attempts by the undersigned to contact the defendant as of this writing have been unsuccessful, therefore, the defendant's current whereabouts remain unknown.

The undersigned attempted to contact the defendant's attorney, Janice Deaton, however, all attempts have been unsuccessful.

A computerized criminal records check reveals no new arrests or convictions for the defendant.

### SUPERVISION ADJUSTMENT

The defendant's adjustment to supervision is assessed as poor, given she is no longer residing with her surety and her present whereabouts remain unknown.

PS 8D
(05/08)

**Name of Defendant:** Yuramy Ponce-Garcia                           October 16, 2019
**Docket No.:**3:19MJ23823-JLB-001                                        Page 3

## RECOMMENDATION/JUSTIFICATION

Given the defendant is no longer residing with her surety and her current whereabouts remain unknown, Pretrial Services respectfully requests the issuance of a no bail bench warrant in order to bring the defendant before the Court to show cause why her bond should not be revoked.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** October 16, 2019

Respectfully submitted:                        Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by

Lucas Gravell                                          Jeff Larsen
U.S. Pretrial Services Officer                  Supervising U.S. Pretrial Services Officer
(619) 446-3740
Place: San Diego, California

## THE COURT ORDERS:

____X____ **AGREE,** ISSUE A NO BAIL BENCH WARRANT FOR THE DEFENDANT'S ARREST SO SHE MAY BE BROUGHT BEFORE THE COURT TO SHOW CAUSE WHY HER BOND SHOULD NOT BE REVOKED

_____ Other _____

_____

_____

The Honorable Jill L. Burkhardt                      10/16/19
U.S. Magistrate Judge                                       Date